UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CLARK, et al.,<br><br>　　　　Defendants. | Case No.: 1:12cv00225 LJO DLB (PC)<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT CLARK<br><br>(Document 35) |

　　　Plaintiff Wilbur Atcherley ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Defendants Ceballos, O. Borbolla, A. Holt, J. Rios, E. Torres and T. Ross filed an answer on March 14, 2014. As a result, the Court issued a Discovery and Scheduling Order on March 18, 2014. At the time, all Defendants had not yet appeared.[1]

　　　Subsequently, on March 27, 2014, Defendant Clark filed an answer.

---

[1] Pursuant to the summons returned on March 19, 2014, it appears that Defendant Alade has been served. There is no indication that Defendants Abadia and Anderson have been served.

1

1  Accordingly, application of the Discovery and Scheduling Order filed on March 18, 2014, IS
2  HEREBY EXTENDED to Defendant Clark.
3
4
5
6  IT IS SO ORDERED.
7
   Dated:   **March 31, 2014**                         /s/ Dennis L. Beck
8                                                  UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28