# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ATCHERLEY,<br><br>        Plaintiff,<br><br>   vs.<br><br>EDGAR CLARK, et al.,<br><br>        Defendants. | 1:12cv00225 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S<br>MARCH 28, 2014, FILING<br><br>(Document 45) |

Plaintiff William Atcherley ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.  Plaintiff filed his complaint on February 17, 2012.

On December 24, 2013, the Court ordered the United States Marshal to serve the complaint on Defendants Alade, Anderson, Arbadia, Barbolla, Ceballo, Clark, Holt, Rios, Ross and Torres.

On February 21, 2014, the Court ordered the United States Marshal to serve Defendant Arbadia as "D. Abadia, LVN."  Service has not yet been returned.

On March 14, 2014, Defendants Ceballo, Barbolla, Holt, Rios, Torres and Ross filed an answer to the complaint.[1]  Defendant Clark filed an answer on March 27, 2014.

---

[1] Defendants refer to Defendant Ceballo as Ceballos, and Defendant Barbolla as Borbolla.

1

On March 28, 2014, Plaintiff filed an inquiry with the Court as to the service status of Defendants Alade and Anderson.  The Court does not generally respond to status requests, but as service has been complicated in this action, the Court provides the following information.

As to Defendant Alade, the United States Marshal returned the executed waiver of service on March 7, 2014.  Defendant Alade has not yet filed an responsive pleading.

On March 31, 2014, the United States Marshal returned the executed waiver of service as to Defendant Anderson.  Defendant Anderson has not yet filed a responsive pleading.

Insofar as Plaintiff requests a copy of Local Rule 251 because it was referenced in the Court's Discovery and Scheduling Order, his request is denied.  The Court specifically stated that the meet and confer requirements of Local Rule 251(d) are waived and it is therefore not applicable to this action.

IT IS SO ORDERED.

Dated:   **April 8, 2014**                            /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE