# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY,<br><br>    Plaintiff,<br>    v.<br>CLARK, et al.,<br><br>    Defendants. | Case No.: 1:12cv00225 LJO DLB (PC)<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT ANDERSON<br><br>(Document 35) |

Plaintiff Wilbur Atcherley ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Defendants Ceballos, O. Borbolla, A. Holt, J. Rios, E. Torres and T. Ross filed an answer on March 14, 2014. As a result, the Court issued a Discovery and Scheduling Order on March 18, 2014. At the time, all Defendants had not yet appeared.[1] The Discovery and Scheduling Order was extended to Defendant Clark on March 31, 2014.

Subsequently, on April 30, 2014, Defendant Alade filed an answer.

---

[1] Defendants Anderson and Abadia have been served but have not yet filed responsive pleadings.

1

Accordingly, application of the Discovery and Scheduling Order filed on March 18, 2014, IS HEREBY EXTENDED to Defendant Alade. Defendant SHALL provide initial disclosures within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **May 1, 2014**  /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE