# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY, | ) Case No.: 1:12cv00225 LJO DLB (PC) |
| Plaintiff, | ) ORDER AND NOTICE AUTHORIZING |
| v. | ) ISSUANCE OF SUBPOENA DUCES TECUM |
| | ) DIRECTING PRODUCTION OF DOCUMENTS |
| CLARK, et al., | ) BY SAN JOAQUIN COMMUNITY HOSPITAL |
| Defendants. | ) ORDER DIRECTING CLERK'S OFFICE TO |
| | ) SERVE COPY OF SUBPOENA WITH ORDER |

Plaintiff William Atcherley ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.  This action is proceeding on Plaintiff's First Amended Complaint, filed on March 14, 2013, for violation of the Eighth Amendment and negligence against numerous Defendants.   The action is currently in discovery, with a discovery deadline of September 29, 2014.

On August 6, 2014, Plaintiff filed a motion to compel Defendant Clark to provide further responses to Requests for Production, Set Two.  In the Court's order regarding the motion, the Court found that a subpoena duces tecum issued to San Joaquin Community Hospital ("SJCH") would be the most efficient way to obtain Plaintiff's medical records related to treatment received for his left knee from February 4, 2011, and February 15, 2011.  Defendant Clark agreed.

Plaintiff previously moved for a subpoena to obtain these records from SJCH. The Court denied the request on April 10, 2014. In denying the motion, the Court explained that although the medical records were relevant, Plaintiff had not yet shown that the documents were not in Defendants' care, custody or control.

Plaintiff has now requested the documents from Defendant Clark, a prison staff physician, and has filed a subsequent motion to compel. Defendant Clark indicated that while some of the responsive records from SJCH may be in Plaintiff's medical file, the entire record would not. Defendant Clark also indicated that it would be speculative of him to review the file and guess which records were from SJCH where the pages were not clearly labeled.

Accordingly, the Court finds that it is in the interest of justice to authorize the issuance of a subpoena duces tecum commanding SJCH to produce the following documents: **Copies of Plaintiff's medical records related to treatment of his left knee from February 4, 2011, through February 15, 2011.**

Pursuant to Federal Rule of Civil Procedure 45(a)(4), this order serves as notice to the parties that the United States Marshal will be directed to initiate service of the subpoena following the passage of ten days from the date of service of this order, and a copy of the subpoena shall be provided with this order.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. The Court authorizes the issuance of a subpoena duces tecum directing SJCH to produce copies of Plaintiff's medical records related to treatment of his left knee from February 4, 2011, through February 15, 2011;

///
///
///
///
///

2. Pursuant to Rule 45(a)(4), the parties are placed on notice that the subpoena duces tecum will be issued after the passage of ten (10) days from the date of service of this order; and

3. The Clerk's Office shall serve a copy of the subpoena with this order.

IT IS SO ORDERED.

Dated:   **September 17, 2014**           /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE