1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY, | ) Case No.: 1:12cv00225 LJO DLB (PC) |
| | ) |
| Plaintiff, | ) ORDER REGARDING PLAINTIFF'S REQUEST |
| v. | ) TO BE SERVED WITH DEFENDANTS' |
| | ) OPPOSITION |
| CLARK, et al., | ) (Document 126) |
| | ) |
| Defendants. | ) ORDER DIRECTING CLERK OF COURT TO |
| | ) SEND PLAINTIFF A COPY OF DOCUMENT 102 |
| | ) |

Plaintiff Wilbur Atcherley ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed on February 17, 2012.  The action is currently in the discovery phase, with a discovery deadline of September 29, 2014.

The Court recently granted Plaintiff leave to file a Second Amended Complaint to name various Doe Defendants.

On September 25, 2014, Plaintiff filed a "request" in which he asks the Court to note that he was not served with Defendants' August 1, 2014, opposition to his motion to amend.  Plaintiff states, however, that he accepts the Court's order on his request to amend.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A review of Defendants' opposition, filed on August 1, 2014, reveals that it was served on Plaintiff, at his place of incarceration, on August 1, 2014.  While Plaintiff may not have received the opposition, Defendants appear to have properly served it.

The Court will not order Defendants to reserve the opposition.  To ensure that Plaintiff has relevant documents filed in this action, the Clerk of Court is DIRECTED to send Plaintiff a copy of Defendants' August 1, 2014, opposition (Document 102).

IT IS SO ORDERED.

Dated:   **September 26, 2014**                    /s/ Dennis L. Beck
                                                                  UNITED STATES MAGISTRATE JUDGE

2