UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY,<br><br>     Plaintiff,<br><br>  v.<br><br>CLARK, et al.,<br><br>     Defendants. | Case No.: 1:12cv00225 LJO DLB (PC)<br><br>ORDER DIRECTING PERSONAL SERVICE OF SUBPOENA DUCES TECUM WITHIN SEVEN DAYS BY UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>(Document 120) |

   Plaintiff William Atcherley ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.  This action is proceeding on Plaintiff's First Amended Complaint, filed on March 14, 2013, for violation of the Eighth Amendment and negligence against numerous Defendants.   The action is currently in discovery, with a discovery deadline of September 29, 2014.

   On September 17, 2014, the Court issued an order authorizing the issuance of a subpoena duces tecum.  Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d).

///

///

///

///

1

The requisite notice having been issued pursuant to Federal Rule of Civil Procedure 45(a)(4), it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshal (USM):

    a. One (1) completed and issued subpoena duces tecum to be served on:

        San Joaquin Community Hospital
        Patient Records
        2615 Chester Avenue
        Bakersfield, CA 93301

    b. One (1) completed USM-285 form; and

    c. Two (2) copies of this order, one to accompany the subpoena and one for the USM;

2. Within seven (7) calendar days from the date of this order, the USM is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

3. The USM SHALL effect personal service of the subpoena duces tecum, along with a copy of this order, upon the individual/entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

4. Within ten (10) days after personal service is effected, the USM SHALL file the return of service, along with the costs subsequently incurred in effecting service, and said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated: **September 29, 2014**　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2