# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLARK, et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-00225-LJO-DLB PC<br><br>**ORDER EXTENDING AMENDED SCHEDULING ORDER TO DEFENDANT MONTEBON**<br><br>(Document 267) |

　　　This action is proceeding on Plaintiff's Third Amended Complaint, filed on January 26, 2015, for violation of the Eighth Amendment and negligence against numerous Defendants.

　　　Discovery in this action closed on September 29, 2014. The dispositive motion deadline was November 26, 2014.

　　　On May 28, 2015, the Court issued an Amended Scheduling order for the newly appearing Defendants. Discovery **has not** been reopened. Since that time, Defendant Montebon has filed an answer.

///

///

///

///

1

Accordingly, application of the May 28, 2015, is EXTENDED to Defendant Montebon.

IT IS SO ORDERED.

Dated: **June 15, 2015**  /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE