# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>CLARK, et al.,<br><br>        Defendants. | Case No.: 1:12cv00225 LJO DLB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Document 270) |

    Plaintiff William Atcherley ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. This action is proceeding on Plaintiff's Third Amended Complaint, filed on January 26, 2015.

    On June 8, 2015, the Court issued an order to show cause why Defendant Jones should not be dismissed after the Marshal was unable to serve her. Plaintiff filed his response on June 29, 2015, and the order to show cause is therefore DISCHARGED.

IT IS SO ORDERED.

    Dated: __**July 1, 2015**__                          /s/ *Dennis L. Beck*
                                                           UNITED STATES MAGISTRATE JUDGE