IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILBUR ATCHERLEY,**<br><br>                                        Plaintiff,<br><br>       v.<br><br>**E. CLARK, et al.,**<br><br>                                        Defendants. | Case No. 1:12-cv-00225 LJO DLB<br><br>**ORDER GRANTING PARTIES' REQUEST TO EXTEND DEADLINES**<br><br>(Document 295) |

   The Court, having considered Plaintiff and Defendants' stipulated request for a thirty day extension of time to file Plaintiff's objections to Findings and Recommendations on Defendants' motion for summary judgment, Defendants' opposition to Plaintiff's motion to reopen discovery, and Defendants' motion for summary judgment on behalf of Defendants Rios and Torres, and good cause appearing:

   **IT IS ORDERED**: Plaintiff and Defendants have until September 3, 2015, to file their documents as to these matters.

IT IS SO ORDERED.

   Dated:   **July 27, 2015**                                    /s/ Dennis L. Beck
                                                                 UNITED STATES MAGISTRATE JUDGE

1