# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY,<br><br>           Plaintiff,<br><br>      v.<br><br>CLARK, et al.,<br><br>           Defendants. | Case No.: 1:12cv00225 LJO DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DEFENDANT ALADE'S MOTION FOR SUMMARY JUDGMENT<br><br>(Document 304) |

Plaintiff William Atcherley ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.

On September 3, 2015, Plaintiff filed a request for a copy of the Order Adopting the Magistrate Judge's Findings and Recommendations and Granting Defendant Alade's Motion for Summary Judgment (Document 241). Plaintiff states that he never received a copy. Plaintiff's request is GRANTED and the Clerk of Court is ORDERED to send Plaintiff a copy of Document 241.

IT IS SO ORDERED.

Dated: **September 4, 2015**          /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE

1