UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>CLARK, et al.,<br><br>    Defendants. | Case No.: 1:12cv00225 LJO DLB (PC)<br><br>ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS<br>(Document 308)<br><br>ORDER DENYING MOTIONS AS MOOT<br>(Documents 276 and 294) |

Plaintiff William Atcherley ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. This action is proceeding on Plaintiff's Third Amended Complaint, filed on January 26, 2015, for violation of the Eighth Amendment and negligence against numerous Defendants.

On October 30, 2015, the parties filed a stipulation for voluntary dismissal of Defendants E. Clark, D. Abadia, M. Ceballos, D. Castanon, A. Martinez, O. Borbolla, D. Brown, R. Hernandez, L. Valentine, A. Holt, P. Kempf, H. Walker, L. Montebon, M. VanNatta, J. Kim, P. Amobi, S. Branson and T. Ross. Fed.R.Civ.P. 4l(a)(l)(A)(ii).

///

///

The stipulation is GRANTED.  Defendants E. Clark, D. Abadia, M. Ceballos, D. Castanon, A. Martinez, O. Borbolla, D. Brown, R. Hernandez, L. Valentine, A. Holt, P. Kempf, H. Walker, L. Montebon, M. VanNatta, J. Kim, P. Amobi, S. Branson and T. Ross are DISMISSED from this action WITH PREJUDICE.[1]

Defendant Kim's motion to dismiss (Document 276) and Plaintiff's motion to reopen discovery (Document 294) are DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **November 2, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

---

[1] Defendants Rios and Torres remain in this action.