**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILBUR ATCHERLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLARK, et al.,<br><br>　　　　Defendants. | Case No.: 1:12cv00225 LJO DLB (PC)<br><br>ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>(Document 310) |

　　　　Plaintiff William Atcherley ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. This action is proceeding on Plaintiff's Third Amended Complaint, filed on January 26, 2015, for violation of the Eighth Amendment and negligence.

　　　　On November 4, 2015, the parties filed a stipulation for voluntary dismissal of this action with prejudice. Fed.R.Civ.P. 4l(a)(l)(A)(ii).[1]

///

///

---

[1] Numerous Defendants were dismissed by stipulation on November 3, 2015. Plaintiff has now resolved his claims with the remaining Defendants.

1

The stipulation is GRANTED and this action is DISMISSED WITH PREJUDICE. Each party shall bear its own litigation costs and attorney fees.

IT IS SO ORDERED.

Dated:  **November 5, 2015**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE